OFFICE OF DISCIPLINARY COUNSEL *v.* SMITH.

[Cite as *Disciplinary Counsel v. Smith* (1994), 69 Ohio St.3d 475.]

(No. 94–490—Submitted April 19, 1994—Decided June 22, 1994.)

*Geoffrey Stern*, Disciplinary Counsel, and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator.

*Koblentz & Koblentz, Richard S. Koblentz* and *Peter A. Russell*, for respondent.

---

*Per Curiam.* We concur in the findings and recommendation of the board. Accordingly, Robert Smith III is hereby suspended from the practice of law for two years, and he is to be credited for the time he has served under our order of April 7, 1993. Additionally, respondent is not to be reinstated to the practice of law prior to the termination of his federal probation. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents and would indefinitely suspend respondent from the practice of law.